IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SHARON B. ELLISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 108-161 |
| | ) |
| CHRISTOPHER ABBE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge recommended that the above-captioned case be dismissed without prejudice after Plaintiff repeatedly failed to comply with multiple court orders instructing her to re-file her complaint and motion to proceed *in forma pauperis* on the proper forms. (See doc. no. 14). After the time for filing objections to the Report and Recommendation ("R&R") had expired and Plaintiff had failed to file any objections, the recommendation was adopted as the opinion of this Court, Plaintiff's case was dismissed, and this civil action was closed. (See doc. no. 16).

Approximately one month later, Plaintiff's motion for an extension of time to file objections to the R&R arrived at the Clerk of Court's office . (See doc. no. 18). Given that the motion and one of the attached certificates of service were dated the day before the deadline for filing objections had expired, the Court vacated the Adoption Order and Judgment entered in this case (doc. nos. 16 & 17) and re-opened the case to allow Plaintiff

to file her objections to the Report and Recommendation. (See doc. no. 19, p. 2). Plaintiff was specifically instructed that she would have "until the close of business on **Monday, November 2, 2009, to file her objections.**" (Id. (emphasis in original)).

The November 2nd deadline has expired, and Plaintiff has failed to file any objections to the Report and Recommendation. Therefore, after a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion to proceed IFP is **DENIED** (doc. no. 2), this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 11th day of December, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE